## 31090. FLOYD v. THE STATE.

GARDNER, J. The defendant was indicted for murder and convicted of voluntary manslaughter. The assignments of error here are on the general grounds only. We have read the evidence very carefully and have sought earnestly to apply the conclusions of law presented by experienced and distinguished counsel for both the State and the accused. We have reached the conclusion that the evidence sustains the verdict. There is no assignment of error concerning the charge of the court or any error in the admission of testimony. We do not think that there is any issue involved in the case made in this record which would warrant a detailed discussion. Such a discussion could not inure to the benefit of the bench in any future trial or be a criterion that would benefit counsel in the trial of any case. This is true in view of the many decisions already rendered on the issues involved.

    *Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED DECEMBER 5, 1945.

*Wallace E. Harrell,* for plaintiff in error.
*George R. Lilly, solicitor-general, S. Spencer Bennet,* contra.

## 31096. CHANCEY v. THE STATE.

MACINTYRE, J. 1. The contention that it was reversible error not to charge on confession, in the absence of a request, is not meritorious; this being decided adversely to the defendant in *Patterson* v. *State,* 124 *Ga.* 408 (2) (52 S. E. 534).

2. "It affords no ground for new trial that the court omitted to charge, without request, that all admission should be scanned with care and confessions of guilt should be received with great caution." *Booth* v. *State,* 198 *Ga.* 649 (32 S. E. 2d, 303).

3. The rule that a charge on the law of circumstantial evidence is required without request is not applicable here, as this case is not wholly dependent on such evidence. *Oliett* v. *State,* 132 *Ga.* 36 (1) (63 S. E. 626).

4. The evidence authorized the verdict, and the judgment refusing a new trial is     *Affirmed. Broyles, C. J., and Gardner, J., concur.*

DECIDED DECEMBER 5, 1945.

*Charles W. Anderson,* for plaintiff in error.
*E. E. Andrews, solicitor-general, Durwood T. Pye,* contra.